IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARCUS ANTONIO SATTERFIELD, )
)
        Plaintiff, )
)
v. ) 1:22CV556
)
J.F. SEIFERT, et al., )
)
        Defendant(s). )

## ORDER AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, submitted a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed *in forma pauperis*. The form of the Complaint is such that a serious flaw makes it impossible to further process the Complaint. The problem is:

1. The Complaint was not signed. Rule 11, Federal Rules of Civil Procedure. The signature page of the form was not submitted to the Court.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defect of the present Complaint. To further aid Plaintiff, the Clerk is instructed to send Plaintiff new § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.*, Sections (a) & (d)). The Court also notes that if Plaintiff resubmits the Complaint, he should be aware that some of the Defendants he names do not appear to be proper Defendants. For instance, he names an attorney as a Defendant, but attorneys are not

normally state actors who can be sued under § 1983. He also names a state court magistrate, but judges are typically immune from suit for their actions in cases. Finally, he names Sergeant Steve Petty as a Defendant, but does not appear to set out any factual allegations as to that person. He must state how each listed Defendant allegedly violated his rights.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send Plaintiff § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited above.

This, the 23rd day of August, 2022.

/s/ Joe L. Webster
Joe L. Webster
United States Magistrate Judge